THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND, </br></br> Plaintiffs, </br></br> v. </br></br> CENCAL DIRECTIONAL DRILLING, </br></br> Defendant. | Case No. 1:23-cv-1519 |

## COMPLAINT

NOW COME Plaintiffs, Trustees of the LINE CONSTRUCTION BENEFIT FUND ("the Fund"), a Health and Welfare Fund, by and through their Attorneys, Asher, Gittler & D'Alba, Ltd., and complain of Defendant, CENCAL DIRECTIONAL DRILLING, a California corporation, as follows:

1. This action is brought under the provisions of Sections 502(g)(2) and 502(a)(3) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C., Secs. 1132(g)(2), (a)(3), and 1145.

2. Jurisdiction in this Court is based upon Sections 502(e)(1) and 502(e)(2) of ERISA [29 U.S.C. Sec. 1132(e)(1) and (e)(2)], which states in relevant part:

> Where an action under this subchapter is brought in a district court of the United States, it may be brought in the district where the plan is administered, where the breach took place, or where a defendant resides or may be found, and process may be served in any other district where a defendant resides or may be found.

3. Venue is proper in this District pursuant to 29 U.S.C. Sec. 1132(e)(2) because the Fund is administered in this District.

4. The Fund receives contributions from numerous employers pursuant to collective bargaining agreements heretofore entered into between the IBEW Local 1245 ("the Union") and Defendant and the Fund is maintained and administered in accordance with and pursuant to the provisions of Section 302(c)(5) of the National Labor Relations Act, as amended, ERISA and other applicable federal laws, and the Fund is administered pursuant to the terms and provisions of certain Restated Agreement and Declarations of Trust ("Trust Agreements").

5. The office for the Line Construction Benefit Fund is located at 821 Parkview Blvd., Lombard, IL 60148-323016, and the Fund is administered in the Northern District of Illinois.

6. As provided in the Trust Agreements, Plaintiffs are required to receive, hold and manage all monies required to be contributed to the Fund in accordance with the provisions of the then applicable Collective Bargaining Agreements for the uses and purposes set forth in the Trust Agreements.

7. Defendant is an employer engaged in an industry affecting commerce and maintains its principal place of business at 3022 Roughrider Ct, Placerville, CA 95667.

8. Defendant employs or has employed persons represented for collective bargaining purposes by the Union and agreed to be bound by the Collective Bargaining Agreements referred to herein, by the terms of which Defendant was required to contribute to the Fund.

9. Defendant has repeatedly failed to submit accurate contribution reports and the required payments thereon to the Fund pursuant to the terms of the Collective Bargaining Agreements by which it was bound, all in violation of its contractual obligations and its obligations under applicable federal statutes.

10. As a result of the above-described omissions and breaches of agreement by

Defendant, Plaintiffs may be required to (a) deny the employee beneficiaries for whom contributions have not been made the benefits provided under the benefit plans, thereby causing to such employee beneficiaries substantial and irreparable damage, or (b) to provide to employees of Defendant the benefits provided under the benefit plan, notwithstanding Defendant's failure to make the required contributions thereto, thereby reducing the corpus of such Fund and endangering the rights of the employee beneficiaries thereunder on whose behalf contributions are being made, all to their substantial and irreparable injury.

11. Plaintiffs, on their behalf, and on behalf of all employees for whose benefit the Fund was established, has requested Defendant to perform its obligations, but Defendant has refused and failed to perform as herein alleged.

12. Plaintiffs are without an adequate remedy at law and will suffer immediate, continuing and irreconcilable injury and damage unless Defendant is ordered to specifically perform all of its obligations required under the Collective Bargaining Agreements and the Trust Agreements and is restrained from continuing to refuse to perform as thereunder required.

13. As of the filing of this complaint, Defendant is delinquent to the Fund for the months of October, November, and December of 2022 and January of 2023 in the amount of $19,059.25 to the Benefit Fund and $2,722.75 to the HRA Fund, plus interest and liquidated damages, for a total of $27,126.51.

14. Defendant's failure to pay is a violation of the Collective Bargaining Agreements and the Trust Agreements. Plaintiffs, therefore, seek enforcement of these provisions pursuant to Section 502(a)(3) and (b)(ii) and Section 301(a) of the Labor Management Relations Act of 1947, as amended, 29 U.S.C., Sec. 185(a).

WHEREFORE Plaintiffs pray:

(a) That judgment be entered in favor of Plaintiffs and against Defendant in the amount of TWENTY-SEVEN THOUSAND, ONE HUNDRED TWENTY-SIX AND 51/100 ($27,126.51), and such additional monies that accrue during the pendency of this lawsuit.

(b) That Plaintiffs be awarded their costs, including reasonable attorney's fees incurred in the prosecution of this action as provided in the Collective Bargaining Agreements and under the applicable provisions of ERISA, as amended.

(c) That interest and/or liquidated damages be assessed against Defendant as provided in the Collective Bargaining Agreements and the applicable provisions of ERISA, as amended.

(d) That Defendant be specifically ordered to furnish to Plaintiffs the required monthly contribution reports and payments due thereunder and to continue to perform all obligations on Defendant's part according to the terms and conditions of their Collective Bargaining Agreements.

(e) For such other and further relief as the Court may determine just and proper.

Dated: March 13, 2023                           Respectfully submitted,

                                                By: /s/ Naomi Frisch
                                                    Plaintiffs' Attorney

Naomi Frisch
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, Illinois 60606
(312) 263-1500
naomi@ulaw.com
IL ARDC#: 6328429